Orval F. Barnett, Appellee, v. Letha Barnett, Appellant.

Gen. No. 9,626.

opinion filed February 28, 1949; released for publication March 28, 1949. C. Victor Cardose and Anthony J. Manuele, for appellant; John P. Snigg, for appellee. Opinion by PRESIDING JUSTICE DADY. Not to be published in full.

Lorene Hemphill et al., Appellants, v. Frank Miller et al., Appellees.

Gen. No. 9,636.